UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.

JOHN SCHWARTEN,
**Plaintiff**

-v-

**Rule 7.1 Statement**

EXECUTIVE SOUNDING BOARD ASSOCIATES,
INC.
**Defendant**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (John Schwarten) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:**  December 11, 2007

**Signature of Attorney**
Linda E. Rodd
**Attorney Bar Code: LR 2159**

American LegalNet, Inc.
www.USCourtForms.com

91321