UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOHN SCHWARTEN,

               Plaintiff,

vs.

EXECUTIVE SOUNDING BOARD ASSOCIATES,
INC.,

               Defendant.

------------------------------------- x

Case No. 07 Civ. 11170
(JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

### Notice of Voluntary Dismissal

PLEASE TAKE NOTICE that plaintiff JOHN SCHWARTEN hereby dismisses the above-captioned action with prejudice pursuant to FRCP 41(a). Defendant EXECUTIVE SOUNDING BOARD ASSOCIATES, INC. has not filed an answer and has not otherwise appeared in this action.

Dated:   New York, New York
          February 28, 2007

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

_Linda E. Rodd_
Linda E. Rodd (LR 2159)
Attorneys for Plaintiff
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
212-239-4999

The Clerk is directed to enter judgment and to close this case.
So ordered.
_/s/_ 3/6/08
U.S.D.J.

SO ORDERED:
_/s/_ 3/6/08
U.S.D.J.

-1-

93253