```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JOHN SCHWARTEN,

                    Plaintiff,

    vs.                                    Case No. 07 Civ. 11170
                                           (JGK)
EXECUTIVE SOUNDING BOARD ASSOCIATES,
INC.,

                    Defendant.
------------------------------------ x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/05

### Notice of Voluntary Dismissal

PLEASE TAKE NOTICE that plaintiff JOHN SCHWARTEN hereby dismisses the above-captioned action with prejudice pursuant to FRCP 41(a). Defendant EXECUTIVE SOUNDING BOARD ASSOCIATES, INC. has not filed an answer and has not otherwise appeared in this action.

Dated:   New York, New York
         February 28, 2007

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

*/s/ Linda E. Rodd*

Linda E. Rodd (LR 2159)
Attorneys for Plaintiff
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
212-239-4999

*[Handwritten annotation: Application granted. The Clerk is directed to enter judgment and to close this case. So Ordered. 3/6/08 /s/ John G. Koeltl U.S.D.J.]*

-1-

93253